Decided July 3, 1997

## STATE OF CONNECTICUT *v.* ERIC AMADO

The defendant's petition for certification for appeal from the Appellate Court, 42 Conn. App. 348 (AC 15176), is granted. The case is remanded to the Appellate Court for reconsideration in light of *State* v. *Johnson*, 241 Conn. 702 (1997).

MCDONALD, J., dissenting. I dissent from the majority's decision to remand the case to the Appellate Court

because of the reasons I have set forth in my dissents in *State* v. *Johnson*, 241 Conn. 702 (1997), and *State* v. *Small*, 242 Conn. 93 (1997).

This case is the companion case to *State* v. *Small*, supra, 242 Conn. 93. Here, we have the convicted killer of two persons in their home in one incident, when the defendant, a drug dealer, attempted to forcibly take cocaine from the victims.

Opponents of the death penalty often cite the punishment of life imprisonment without parole as a fit alternative to capital punishment. That was the sentence imposed in this case for two simultaneous murders. This cursory remand completes the gutting of our capital felony statute as an effective deterrent to violent and dangerous crimes begun in *Johnson* and carried forward in *Small*.

I respectfully dissent.

*Lauren Weisfeld*, assistant public defender, in support of the petition.

*Susann E. Gill*, assistant state's attorney, in opposition.

Decided July 16, 1997